# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONYE CRUZ**,  Plaintiff,  v.  **WALGREENS STORE #5522, et al.**,  Defendants. | **CIVIL ACTION**  **NO. 20-3338-KSM** |

## ORDER

**AND NOW**, this 31st day of July, 2020, upon consideration of Plaintiff Antonye Cruz's Motion for Remand (Doc. No. 4) and Defendants Walgreen Eastern Co., Inc. and Walgreen Co.'s Response (Doc. No. 5), and for the reasons set forth in the Memorandum, it is hereby **ORDERED** that Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.